# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
TO SEAL RECORDS OF LOUIS SAUL
ALCALA.

No. 76303

LOUIS SAUL ALCALA,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

FILED

DEC 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Thomas L. Stockard, District Judge
       Hutchison & Steffen, LLC/Las Vegas
       Churchill County District Attorney/Fallon
       Churchill County Clerk
       Legal Aid Center of Southern Nevada, Barbara E. Buckley,
            Executive Director
       Anne R. Traum, Coordinator, Appellate Litigation Section,
            Pro Bono Committee, State Bar of Nevada
       Kelly Dove

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-909011